**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| Trevor Daniel, | Case No. 1:20-cv-042 |
| *Plaintiff* | Jury Trial Demanded |
| v. | |
| Hess Corp., Hess Oil Virgin Islands Corp., and Lockheed Martin Corp., | |
| *Defendants* | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action in its entirety without prejudice. No opposing party has served an answer or motion for summary judgment.

**DATED**:    September 19, 2020        Respectfully Submitted,

/s/Korey A. Nelson Esq.
Korey A. Nelson, Esq.
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

/s/John-Russell Bart Pate Esq.
John-Russell Bart Pate
**J.R. Pate, PC - Law Office**
P.O. Box 890
ROYAL DANE MALL 10-AA
St. Thomas, VI 00804
340-777-7283
Fax: 888-889-1132
Email: pate@sunlawvi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Dismissal was electronically filed on CM/ECF and that same will be served on all counsel of record via the Notice of Electronic Filing.

      /s/ Korey A. Nelson, Esq.
      Korey A. Nelson, Esq.