**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **TREVOR F. DANIEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2020-0042 |
| | ) |
| **HESS CORPORATION, HESS OIL** | ) |
| **VIRGIN ISLANDS CORP., and** | ) |
| **LOCKHEED MARTIN CORP.,** | ) |
| | ) |
| **Defendants.** | ) |

**Attorneys:**
**John-Russell Bart Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
New Orleans, LA
    *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants Hess Corporation and*
     *Hess Oil Virgin Islands Corp.*

**Kevin A. Rames, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Lockheed Martin Corp.*

**ORDER**

    **UPON CONSIDERATION** of Plaintiff's "Notice of Dismissal" (Dkt. No. 13) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

    **ORDERED** that Plaintiff's Notice of Dismissal (Dkt. No. 13) is **ACCEPTED**; and it is further

    **ORDERED** that Plaintiff's Notice of Dismissal serves to **DISMISS WITHOUT PREJUDICE** Plaintiff's claims against Defendants; and it is further

2

      **ORDERED** that the Clerk of Court is directed to mark this case **CLOSED.**

Date:  September 24, 2020                                      _____/s/_____
                                                                                          WILMA A. LEWIS
                                                                                          Chief Judge